**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JULIUS DEVAR PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00023-SEP |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Julius Parham's Application to Proceed in District Court Without Prepayment of Fees and Costs.  Doc. [2].  To obtain *in forma pauperis* status, Plaintiff, a prisoner, is required to provide a certified copy of his inmate account statement for the "6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(2).  After reviewing the account statement, the Court assesses an initial partial filing fee.  *See id.* § 1915(b)(1).

With the commencement of this action, Plaintiff filed his Application, Doc. [2], but he did not provide a copy of his prison account statement.  Plaintiff will be given 30 days to provide the statement so that this case may proceed.  His failure to do so will result in a dismissal of this case without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that, **within 30 days of the date of this Order**, Plaintiff must submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the Complaint.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 15th day of April, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE